UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>NEW METHOD WELLNESS, INC.,<br><br>Defendant. | Case No.  3:19-cv-1301-VAB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiffs Connecticut General Life Insurance Company and Cigna Health and Life Insurance Company and Defendant New Method Wellness, Inc. (collectively, the "Parties") have reached a settlement to resolve this case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties to this action hereby stipulate to the voluntary dismissal of this case with prejudice.

Each Party will bear their own costs and attorneys' fees in this matter.

[Continued on Following Page]

1

Dated: February 10, 2020

| For the Plaintiffs: | For the Defendant: |
|---|---|
| **ALSTON & BIRD LLP** | **GARNER HEALTH LAW CORPORATION** |

*/s/ Edward T. Kang*
EDWARD T. KANG (No. CT26653)
EMILY COSTIN (PHV No. 10291)
950 F Street, NW
Washington, DC  20004
Telephone:  202-239-3300
Facsimile:  202-239-3333
E-mail:  edward.kang@alston.com
E-mail:  emily.costin@alston.com

KELSEY L. KINGSBERY
(PHV No. 10282)
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-862-2200
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

*/s/ Craig B. Garner (with permission)*
Craig B. Garner (PHV No. 10246)
13274 Fiji Way, Suite 250
Marina del Rey, CA 90292
Tel.  310-458-1560
Fax:  310-694-9025
Email:  craig@garnerhealth.com

John J. Radshaw III, Esq. (CT19882)
Law Office of John J. Radshaw, III, LLC
900 Chapel Street, Suite 620
New Haven, CT 06510
Tel. 203.654.9695
Fax. 203.721.6182
Email: jjr@jjr-esq.com

## **CERTIFICATE OF SERVICE**

This is to certify that this day, February 10, 2020, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

**ALSTON & BIRD LLP**

*/s/ Edward T. Kang*
EDWARD T. KANG (CT26653)
950 F Street, NW
Washington, D.C. 20004
Telephone: 202-239-3300
Facsimile: 202-239-3333
edward.kang@alston.com

*Counsel for Plaintiffs*